```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                      Case No. 18-03549-RNO
Carolyn Edith Jakobsen                                                      Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: TWilson              Page 1 of 1             Date Rcvd: Nov 20, 2018
                            Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db              +Carolyn Edith Jakobsen,   116 Walnut Road,    Milford, PA 18337-5090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Carolyn Edith Jakobsen pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carolyn Edith Jakobsen aka Carolyn E. Jakobsen<br>　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　Movant<br>　　vs.<br><br>Carolyn Edith Jakobsen aka Carolyn E. Jakobsen<br>　　　　　　Debtor<br><br>John J. Martin,<br>　　　　　　Trustee | CHAPTER 7<br><br><br>NO. 18-03549 RNO<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 116 Walnut Road, Milford, PA 18337 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: November 19, 2018　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　*Robert N. Opel II*
　　　　　　　　　　　　　　　　　　　　Robert N. Opel, II, Chief Bankruptcy Judge  TR